1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JOHN C. CUSKER, CSBN 148227
4  Special Assistant United States Attorney
      333 Market St., Ste. 1500
5     San Francisco, Ca. 94105
      Tel. (415) 977-8975
6     FAX: (415) 744-0134
      Email: john.cusker@ssa.gov

7  Attorneys for Defendant
   Commissioner of Social Security
8

9            UNITED STATES DISTRICT COURT
10           CENTRAL DISTRICT OF CALIFORNIA
                   WESTERN DIVISION
11

12 ROBERT BENNETT,            )   Case No. CV 08-8472 (CW)
                              )
13     Plaintiff,             )   ORDER OF REMAND
                              )
14     v.                     )
                              )
15 MICHAEL J. ASTRUE, Commissioner )
   of Social Security,        )
16                            )
       Defendant.             )
17                            )

18
       Based upon the parties' Stipulation to Voluntary Remand Pursuant to
19
   Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for
20
   Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned
21
   action is remanded to the Commissioner of Social Security for further proceedings
22
   consistent with the terms of the Stipulation for Remand.
23
       Dated: July 27, 2009
24
                              _____/S/_____
25
                              HON. CARLA WOEHRLE
26
                              UNITED STATES MAGISTRATE JUDGE
27

28