MARC V. KALAGIAN
ATTORNEY AT LAW:  149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX:  562/432-2935
Email:  marckalagian_rohlfinglaw@hotmail.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT BENNETT, | Case No.: CV 08-8472 CW |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights, the amount of ONE THOUSAND EIGHT HUNDRED DOLLARS ($1,800.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:    October 21, 2009

_____/S/_____
THE HONORABLE CARLA WOERLE
UNITED STATES MAGISTRATE JUDGE